IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:07-cr-249-FDW |
| Plaintiff, | |
| v. | |
| JEFFREY LAMAR SMITH, | ORDER |
| Defendant. | |

This matter is before the Court upon the Defendant's Unopposed Motion to Vacate Sentence under 28 U.S.C. § 2255 and for Immediate Release. The government, through AUSA Amy E. Ray, has waived any procedural defenses, including the statute of limitations, and consented to the requested relief. For the reasons stated in the unopposed motion, the Court will grant the motion.

IT IS THEREFORE ORDERED that the Defendant's sentence be reduced to Time Served plus ten (10) days on Count Two and to 120 months on Count One, with both sentences to run concurrently. In addition, the term of supervised release shall be reduced to three years. All other terms and conditions previously imposed will remain the same.

IT IS FURTHER ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the United States Bureau of Prisons.

Signed: March 8, 2019

Frank D. Whitney
Chief United States District Judge